ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. _11 - 00666 LEK - KSC_

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 03 2011

at ___ o'clock and _30_ min. ___ P M

SUE BEITIA, CLERK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Eric Nagano_

was received by me on *(date)* _11-1-11_ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* _Hiroko Nagano_

_____ , a person of suitable age and discretion who resides there,

on *(date)* _11-1-11_ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _11-1-11_

_____
*Server's signature*

**LOWEN YOUNG**   Process Server
*Printed name and title*

**1506 ALA MAHAMOE
HONOLULU, HI 96819**

_____
*Server's address*

Additional information regarding attempted service, etc:

HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

EVANSTON INSURANCE COMPANY, an Illinois Corporation )
)
*Plaintiff* )
)
v. )   Civil Action No.  CV11-00666 LEK KSC
ERIC NAGANO, HIROKO NAGANO, PMX, INC., a )
Hawaii Corporation and HC BUILDERS LLC, a )
Hawaii Limited Liability Company )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Eric Nagano, 1115 Hoawa Lane, Honolulu, HI 96826
Hiroko Nagano, 1115 Hoawa Lane, Honolulu, HI 96826
PMX, Inc., 1115 Hoawa Lane, Honolulu, HI 96826
HC Builders LLC, 1115 Hoawa Lane, HI 96826

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas E. Cook, Esq.
Bradford F. K. Bliss, Esq.
Lyons, Brandt, Cook & Hiramatsu
841 Bishop Street, Suite 1800
Honolulu, HI  96813

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUE BEITIA
CLERK OF COURT

Date:  OCT 31 2011

Anna F. Chang

*Signature of Clerk or Deputy Clerk*